**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHERYL L. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-01232 RWS |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

Before the Court is self-represented Plaintiff Cheryl White's Application to Proceed in District Court Without Prepaying Fees or Costs. [ECF No. 2]. After review of the financial information, Plaintiff's Application will be denied.

The Court may authorize the commencement or prosecution of a civil action without prepayment of fees if the plaintiff demonstrates he or she "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Proceeding without prepayment of fees and costs, or in forma pauperis, is a matter of privilege, not of right. *Williams v. McKenzie*, 834 F.2d 152, 154 (8th Cir. 1987). To enjoy the statute's benefits, a litigant need not show that she is "absolutely destitute," but she must demonstrate that, because of her poverty, she cannot pay for the litigation costs and still be able to provide for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948); *see also Lee v. McDonald's Corp.*, 231 F.3d 456, 459 (8th Cir. 2000).

In this case, it appears that Plaintiff does not qualify for in forma pauperis status based on the financial information provided in her Application. Plaintiff states that her gross income in 2026

will total approximately $71,258.40, or $5,938.20 per month. [ECF No. 2 at 1]. Plaintiff's total monthly expenses equal approximately $3,356.33. *Id.* at 2.

Based on the gross income and expense information provided on the Application, it appears that Plaintiff can pay for the litigation costs in this matter and still be able to provide for the necessities of life. *See Adkins*, 335 U.S. at 339. As such, the Court will deny Plaintiff's Application to Proceed without Prepaying Fees or Costs. For this case to proceed, Plaintiff must pay the $405 filing fee within 30 days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 2] is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff must pay the $405 filing fee **within 30 days of the date of this Order.**

**IT IS FINALLY ORDERED** that Plaintiff's failure to pay the full filing fee within 30 days will result in the dismissal of this action without prejudice and without further notice.

Dated this 4th day of August, 2026.

                                                    RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

2