**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELA MICHELLE FREINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00280-RWS |
| | ) | |
| NICOLE S. ZELLWEGER, TANNER HALE, VENUS A. JACKSON, BJC HEALTH SYSTEM, d/b/a BJC HEALTHCARE, MICHAEL L. WENZINGER, M.D., ALIX WEITMAN, LCSW, JAMES SCOTT JUDY, CERISSA PATRICE JUDY, DAVID M. JUDY, KATHLEEN E. SHAUL, TRINITY TEEN SOLUTIONS, INC., and KYLE WOODWARD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED that** Plaintiff Angela Michelle Freiner's motion to alter the judgment in this matter [9] is **DENIED**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of September, 2026